1  STEVE M. DEFILIPPIS
2  State Bar No. 117292
   PICONE & DEFILIPPIS
3  625 N. First Street
4  San Jose CA 95112
   (408) 292-0441
5
6  Attorneys for Petitioner,
   HAROLD HARVEY HAWKS
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | HAROLD HARVEY HAWKS, | CASE NO. C 08-4605 JSW |
12 | Petitioner, | ***ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE*** |
13 | | |
14 | vs. | |
15 | B. CURRY, Warden of California Training Facility, Soledad; and | |
16 | THE BOARD OF PAROLE HEARINGS (Real Party In Interest) | |
17 | | |
18 | Respondents. | |

19
20      Petitioner HAROLD HARVEY HAWKS having duly applied for an extension of
21 time to file his Traverse to Respondent's Return to this Court's Order to Show Cause, and
22 good cause appearing, and because Respondent has not filed an opposition,
23      IT IS HEREBY ORDERED that the Traverse previously due on Tuesday, January
24 20, 2009, is now due on or before Thursday, February 19, 2009.
25
26 Dated: January 23, 2009                    _____
                                              UNITED STATES MAGISTRATE JUDGE
27                                                          DISTRICT
28