1
2
3
4                       IN THE UNITED STATES DISTRICT COURT
5
6                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

7    HAROLD HARVEY HAWKS,                        No. C 07-00366 JSW
                                                 No. C 07-05039 JSW
8                       Petitioner               No. C 08-04605 JSW

9      v.                                        **ORDER STRIKING
                                                 PETITIONER'S SUPPLEMENTAL
10   BEN CURRY, Acting Warden,                   BRIEF**

11                       Respondent.
     _____/
12

13          On May 11, 2010, the Court issued an Order requiring the parties to submit

14   supplemental briefing on their views as to the impact of the Ninth Circuit's decision in

15   *Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2001) on these matters.  In that Order, the Court

16   expressly stated that the parties' supplemental briefs were not to exceed 12 pages in length.  On

17   June 25, 2010, Petitioner filed a twenty-five page brief in each of these three cases, without

18   seeking leave of Court to exceed the page limitations set in the May 11, 2010 Order.

19   Accordingly, the Court HEREBY STRIKES from the record Petitioner's supplemental briefs

20   filed on June 25, 2010.  The Court shall give Petitioner leave to re-file a supplemental brief in

21   these cases that comports with the page limitations set by the Court by no later than July 23,

22   2010.  If Petitioner seeks leave to exceed these page limitations, he must submit a request to the

23   Court demonstrating the need for additional pages by no later than July 2, 2010.

24          **IT IS SO ORDERED.**

25   Dated: June 30, 2010                        _____
                                                 JEFFREY S. WHITE
26                                               UNITED STATES DISTRICT JUDGE

27
28

United States District Court
For the Northern District of California