IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HARVEY HAWKS, | No. C 08-04605 JSW |
| Petitioner, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| BEN CURRY, | |
| Respondent. / | |

On September 24, 2010, Respondent filed a motion to stay this Court's Order granting the Petition for Writ of Habeas Corpus in this matter. It is HEREBY ORDERED that Petitioner shall file a response to the motion **that shall not exceed eight pages** by no later than September 30, 2010, and Respondent may file a reply brief **that shall not exceed five pages** by no later than October 4, 2010. The Court shall resolve the matter on the papers.

**IT IS SO ORDERED.**

Dated: September 28, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE