1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD HARVEY HAWKS,                           No.  C 08-04605 JSW

       Petitioner,

   v.                                                          **ORDER GRANTING IN PART**
                                                     **MOTION TO STAY**

BEN CURRY,

       Respondent.

_____/

      On September 22, 2010, the Court granted Harold Harvey Hawks' Petition for a Writ of Habeas Corpus.  In the Order granting the Petition, the Court ordered that, within twenty-one days, the California Board of Parole Hearings must calculate a term for Hawks and set an imminent date for his release in accordance with Section 3041(a) of the California Penal Code. On September 24, 2010, Respondent filed a motion for a stay of the Order and Judgment dated September 22, 2010, pending appeal.  Having considered the factors set forth in *Hilton vs. Braunskill*, 481 U.S. 770, 776 (1987), the Court finds they weigh against granting a stay of the Order and Judgment pending resolution of Respondent's appeal.

      In the alternative, Respondent asked for a temporary stay of the Order and Judgment in order to seek a stay in the Ninth Circuit.  Good cause appearing, the Court shall grant that request.  Accordingly, the Order and Judgment dated September 22, 2010, are stayed for a

//

//

//

1    period of twenty-one days in order to permit Respondent time to seek a stay in the Ninth

2    Circuit.

3         **IT IS SO ORDERED.**

4    Dated:   September 30, 2010

5                                                              JEFFREY S. WHITE
                                                              UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California