1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    HAROLD HARVEY HAWKS,                     No.  C 08-04605 JSW

10             Petitioner,

                                             **ORDER ON REMAND AND**
11    v.                                      **JUDGMENT**

12   BEN CURRY,

13             Respondent.

14   _____/

15          On September 22, 2010, this Court entered an order granting Petitioner's Petition for

16   Writ of Habeas Corpus and entered judgment in favor of Petitioner.  On December 23, 2011,

17   because Petitioner did not raise any procedural challenges to the decision to deny him parole,

18   he Ninth Circuit vacated that judgment and remanded.  *See Swarthout v. Cooke*, 131 S.Ct. 859,

19   862-63 (2011) (per curiam).

20          In light of the Ninth Circuit's opinion, the Court HEREBY DENIES the Petition for

21   Writ of Habeas Corpus, and HEREBY ENTERS Judgment in favor of Respondent.  The Clerk

22   shall close the file.

23          **IT IS SO ORDERED.**

24   Dated: January 4, 2012                   _____
                                              JEFFREY S. WHITE
25                                            UNITED STATES DISTRICT JUDGE

26

27

28

**United States District Court**
For the Northern District of California