IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HARVEY HAWKS, | No. C 08-04605 JSW |
| Petitioner, | |
| v. | **ORDER ON REMAND AND JUDGMENT** |
| BEN CURRY, | |
| Respondent. | |

On September 22, 2010, this Court entered an order granting Petitioner's Petition for Writ of Habeas Corpus and entered judgment in favor of Petitioner. On December 23, 2011, because Petitioner did not raise any procedural challenges to the decision to deny him parole, he Ninth Circuit vacated that judgment and remanded. *See Swarthout v. Cooke*, 131 S.Ct. 859, 862-63 (2011) (per curiam).

In light of the Ninth Circuit's opinion, the Court HEREBY DENIES the Petition for Writ of Habeas Corpus, and HEREBY ENTERS Judgment in favor of Respondent. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 4, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE